**Order filed March 3, 2022**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-21-00698-CV
_____

### AWESTRUCK GROUP LLC AND OLASUNKANMI EZEKIEL AWE, Appellants

### V.

### AMOS FINANCIAL LLC, Appellee

**On Appeal from the 240th District Court**
**Fort Bend County, Texas**
**Trial Court Cause No. 21-DCV-281115**

# O R D E R

No reporter's record has been filed in this case. The court reporter informed this court that appellants had not requested that the reporter's record be prepared. On January 14, 2022, the clerk of this court notified appellants that we would consider and decide those issues that do not require a reporter's record unless appellants, within 15 days of notice, provided this court with proof that a request to prepare the

reporter's record had been made and proof of payment or indigency. *See* Tex. R. App. P. 37.3(c). Appellants filed no reply.

Accordingly, we order appellants to file a brief in this appeal within thirty days of the date of this order. If appellants fail to comply with this order, the court will dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).

PER CURIAM

Panel consists of Justices Jewell, Zimmerer, and Hassan.